UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ROMANE PORTER,** | |
| Petitioner, | **Case No. 2:20-CV-12968-TGB** |
| vs. | **JUDGMENT** |
| **MICHIGAN DEPARTMENT OF CORRECTIONS,** | |
| Respondent. | |

The entitled came before the Court on a Petition for Writ of Habeas Corpus. In accordance with the Opinion and Order issued on this date; It is **ORDERED AND ADJUDGED** the Petition for Writ of Habeas Corpus is **DENIED**.

Petitioner is GRANTED Leave to Appeal *In Forma Pauperis*.

Dated at Detroit, Michigan: March 9, 2022

                KINIKIA ESSEX
                CLERK OF THE COURT

                s/A. Chubb
                Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE